IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOTEL OAKLAND ASSOCIATES, *Plaintiff,* v. DOYLE REAL ESTATE ADVISORS, LLC, et al., *Defendants.* | CIVIL ACTION NO. 21-0004 |

## **ORDER**

AND NOW, this 13th day of July 2021, it is **ORDERED** that the Clerk of Court shall **TRANSFER** this case forthwith to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the reasons in the accompanying memorandum of law.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.